UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: State of West Virginia, et al vs. SEC

The Clerk will enter my appearance as Counsel in Appeal No. 24-1634 for the following party(s): (please specify)

State of California

☐ Appellant(s)　☐ Petitioner(s)　☐ Appellee(s)　☐ Respondent(s)　☑ Amicus Curiae　☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Mitchell Rishe　s/: Mitchell Rishe

Firm Name: California Department of Justice, Office of the Attorney General

Business Address: 300 S. Spring Street, Suite 1702

City/State/Zip: Los Angeles, CA 90013

Telephone Number (Area Code): (213) 269-6394

Email Address: Mitchell.Rishe@doj.ca.gov

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 8/19/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: