UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: State of West Virginia, et al. vs. SEC

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1634 for the following party(s): (please specify)

State of Alabama

[ ] Appellant(s)  [✔] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Alexander Barrett Bowdre   s/: Alexander Barrett Bowdre

Firm Name: Office of the Alabama Attorney General

Business Address: 501 Washington Avenue

City/State/Zip: Montgomery, AL 36130

Telephone Number (Area Code): 334.242.7300

Email Address: Barrett.Bowdre@AlabamaAG.gov

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on 11/3/2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: