

**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

STEVE MARSHALL
ATTORNEY GENERAL

501 WASHINGTON AVENUE
MONTGOMERY, AL 36130
(334) 242-7300
ALABAMAAG.GOV

November 13, 2025

Susan E. Binder, Clerk
Eighth Circuit Court of Appeals
111 South 10th Street, Room 24.329
St. Louis, MO 63102

    Re:  *State of West Virginia v. SEC*
          Case No.: 24-1634

Dear Ms. Binder:

    Please be advised that Edmund G. LaCour Jr., who served as counsel of record for Petitioner State of Alabama in the above-referenced cause, has left the Alabama Attorney General's Office and is no longer counsel for the State of Alabama. I will represent the State of Alabama in all further proceedings in this matter.

    Please let me know if you need any further information.

                              Sincerely,

                              s/ A. Barrett Bowdre
                              A. Barrett Bowdre
                              *Solicitor General*

                              *Counsel for State of Alabama*

ABB/rw

# CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the PACER filing system, which will send notification of such filing to all counsel of record.

                                                s/ A. Barrett Bowdre
                                                A. Barrett Bowdre
*Solicitor General*
STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300
Barrett.Bowdre@AlabamaAG.gov

*Counsel for State of Alabama*