# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: State of West Virginia, et al. vs. SEC

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1634 for the following party(s): (please specify)

State of Alaska

[ ] Appellant(s)  [✓] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Jenna M. Lorence    s/: Jenna M. Lorence

Firm Name: State of Alaska, Department of Law

Business Address: 1031 West Fourth Avenue, Suite 200

City/State/Zip: Anchorage, AK 99501

Telephone Number (Area Code): (907) 269-5100

Email Address: jenna.lorence@alaska.gov

---

**CERTIFICATE OF SERVICE**

[✓] I hereby certify that on 12-9-25, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: