STEPHEN J COX
ATTORNEY GENERAL
Benjamin J. Hofmeister
Assistant Attorney General
Alaska Bar No. 0111065
Alaska Department of Law
123 W 4th Street
Juneau, AK 99801
Telephone: 907.465.3600
Facsimile: 907.465.6721
Email: ben.hofmeister@alaska.gov

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| State of Iowa, et al.,<br><br>    Petitioners,<br><br>v.<br><br>Securities and Exchange Commission,<br><br>    Respondent. | Case No.: 24-1634 |

## NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD FOR THE STATE OF ALASKA

Please take notice that Jenna Lorence, the incoming Solicitor General for the State of Alaska, will be replacing Benjamin Hofmeister and assuming representation for Alaska in this matter going forward.

DATED December 9, 2025.

                                            STEPHEN J COX
                                            ATTORNEY GENERAL

                                  By:   /s/ *Benjamin J. Hofmeister*
                                                Benjamin J. Hofmeister
                                                Assistant Attorney General
                                                Alaska Bar No. 0111065

Alaska Department of Law  
123 W 4th Street  
Juneau, AK 99801  
Telephone: 907.465.3600  
Facsimile: 907.465.6721  
Email: ben.hofmeister@alaska.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2025, the foregoing NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD FOR THE STATE OF ALASKA was served on the counsel of record for all parties through the CM/ECF system.

/s/ *Benjamin J. Hofmeister*  
Benjamin J. Hofmeister  
Assistant Attorney General