UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: State of West Virginia, et al. vs. SEC

The Clerk will enter my appearance as Counsel in Appeal No. 24-1634 for the following party(s): (please specify)

State of Georgia

[ ] Appellant(s) [✔] Petitioner(s) [ ] Appellee(s) [ ] Respondent(s) [ ] Amicus Curiae [ ] Intervenor(s)

Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's **Manage my Account**.

Attorney Name: John Henry Thompson s/: John Henry Thompson

Firm Name: Georgia Department of Law

Business Address: 40 Capitol Square SW

City/State/Zip: Atlanta

Telephone Number (Area Code): (404) 458-3373

Email Address: jhthompson@law.ga.gov

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on 2/10/2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: