UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: West Virginia vs. Securities and Exchange Commission

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1634 for the following party(s): (please specify)

Commonwealth of Virginia

☐ Appellant(s)  ☑ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Tillman J. Breckenridge   s/: Tillman J. Breckenridge

Firm Name: Office of the Attorney General of Virginia

Business Address: 202 North 9th Street

City/State/Zip: Richmond, VA 23219

Telephone Number (Area Code): 804-786-7704

Email Address: solicitorgeneral@oag.state.va.us

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 2/17/2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: