IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| State of West Virginia; et al., | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) |
| | ) |
| United States Securities and Exchange Commission, | ) |
| | ) |
| | ) Case No.: 24-1634 |
| Respondent. | ) |

## **MOTION TO WITHDRAW AS COUNSEL**

Jenna M. Lorence respectfully moves to withdraw as counsel for the State of Alaska in the above-captioned case. Ms. Lorence is leaving her position with the Department of Law. The State of Alaska will continue to be represented by Acting Solicitor General Jessica M. Alloway.

DATED: August 11, 2026.

Respectfully submitted,

By: /s/Jenna M. Lorence
   Jenna M. Lorence
   Solicitor General
   Department of Law
   1031 West Fourth Avenue, Ste. 200
   Anchorage, AK 99501
   Phone:  (907) 269-5100
   Facsimile: (907) 276-3697
   Email:  jenna.lorence@alaska.gov

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because it contains 45 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). This motion complies with typeface and type-style requirements of Fed. R. App. P. 32(a) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Garamond and a 14-point font. I further certify that this PDF has been scanned for viruses and no viruses were detected.

/s/Jenna M. Lorence
Jenna M. Lorence

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2026 the foregoing was served on the counsel of record for all parties through the CM/ECF system.

/s/Jenna M. Lorence
Jenna M. Lorence